

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

In the interest of K.H.G. and
K.L.H., children

No. 11-22-00042-CV

* From the 1st Multicounty Court at Law
 of Mitchell County,
 Trial Court No. CCL17455.

* June 9, 2022

* Per Curiam Memorandum Opinion
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Appellant.